AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

Middle District of Georgia

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Diego Ibarra<br><br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ February 23, 2024 _____ in the county of _____ Clarke _____ in the

_____ Middle _____ District of _____ Georgia _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sect. 1546(a) | Possession of Fraudulent Document (please see attachment titled "Charge"). |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Bennie Bryant Jr., HSI/ICE Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___ Febru 23, 2024 ___

_____
Judge's signature

City and state: _____ Macon, Georgia _____

Charles H. Weigle, U.S. Magistrate Judge
*Printed name and title*

## CHARGE
## (POSSESSION OF FRAUDULENT DOCUMENT)

On or about February 23, 2024, in the Athens Division of the Middle District of Georgia, the defendant,

## DIEGO IBARRA,

did knowingly possess a document prescribed by statute and regulation for entry into or as evidence of authorized stay or employment in the United States, that is a Permanent Resident Card, in the name Diego Jose Ibarra, which the defendant knew to be forged, counterfeited, altered, or otherwise falsely made, in violation of 18 U.S.C. Section 1546(a).