IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**DIEGO IBARRA,**<br><br>　　*Defendant.* | **CRIMINAL ACTION NO.**<br>**3:24-cr-00008-TES-CHW-1** |

**ORDER GRANTING CONSENT MOTION FOR CONTINUANCE
IN THE INTERESTS OF JUSTICE**

　　Before the Court is a Consent Motion for Continuance [Doc. 29] filed by the Government. On March 12, 2024, the Government obtained an Indictment [Doc. 25] charging Defendant Diego Ibarra with one count of Possession of Counterfeit Immigration Document in violation of 18 U.S.C. § 1546(a).

　　So that counsel will have adequate time to review the forthcoming discovery material with Defendant Ibarra, the Court **GRANTS** the Government's Consent Motion for Continuance [Doc. 29]. [Doc. 29, p. 1]. Accordingly, the Court **CONTINUES** this case to *June 24, 2024*, as "failure to grant . . . a continuance . . . would likely . . . result in a miscarriage of justice." *See* 18 U.S.C. § 3161(h)(7)(B)(i). The pretrial conference scheduled for April 10, 2024, is **CANCELED.**

　　The ends of justice served by this continuance outweigh the best interests of the public and Defendant Ibarra in a speedy trial and are in accordance with the

considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

    **SO ORDERED**, this 25th day of March, 2024.

                                                      S/ Tilman E. Self, III  
                                                      **TILMAN E. SELF, III, JUDGE**  
                                                      **UNITED STATES DISTRICT COURT**